Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

John F. Finerty v. David Siegel, as President of Hotel & Restaurant Workers Union No. 16.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

45 Park Avenue, Inc., v. Emil H. Ronay et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

45 Park Avenue, Inc., v. Emil H. Ronay et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Benjamin A. Hartstein v. Isaac S. Heller.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between Harry Carl and Isidore Rosenberg et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## Second Department, March, 1943.

### (March 1, 1943.)

Anna Agro, as Administratrix of the Estate of Collogio Agro, Deceased, Appellant, v. Blue White Laundry Co., Inc., et al., Respondents.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

Milton H. Ansorge, Inc., Appellant, v. Eugene W. Wood et al., Defendants, and John McGovern, Defendant-Respondent.— Present — Carswell, Johnston, Adel and Taylor, JJ.; Lewis, J., not voting.

Milton H. Ansorge, Inc., Respondent, v. Eugene W. Wood, Appellant, et al., Defendants.— Present — Carswell, Johnston, Adel and Taylor, JJ.; Lewis, J., not voting.

John L. Campbell, Respondent, v. City of New York, Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.